UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.

LUZ MARQUEZ AND
GILBERTO SANTIAGO,

     Plaintiff,

vs.

CLEAR BLUE INSURANCE COMPANY,

     Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, CLEAR BLUE INSURANCE COMPANY ("CLEAR BLUE"), hereby files its notice of the removal of that certain cause of action now pending in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, being styled *LUZ MARQUEZ AND GILBERTO SANTIAGO vs. CLEAR BLUE INSURANCE COMPANY*, Case No. 2023-CA-014583-O, stating as follows:

## Introduction

1.    There is complete diversity as to all named parties to this case, and the amount in controversy, exclusive of interest and costs, exceeds $75,000. Thus, the Court has jurisdiction under 28 U.S.C. §1441 and 28 U.S.C. §1446.

## Procedural Background

2.    This action was commenced in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, and service of process was made on CLEAR BLUE on or about September 22, 2023.

3.    This is a civil action brought by Plaintiffs, LUZ MARQUEZ AND GILBERTO SANTIAGO ("PLAINTIFFS"), whose property is located in Orange County, Florida. In their Complaint, PLAINTIFFS allege to be seeking to recover damages in excess of $50,000.00, exclusive of interest, attorneys' fees and costs, under an alleged contract for insurance issued by CLEAR BLUE to PLAINTIFFS. According to the Complaint for Damages, PLAINTIFFS seek payment of damages for damage caused on or about September 28, 2022, by "Hurricane Ian" to their property located at 4410 Brookdale Court, Orlando, Florida 32826, plus attorneys' fees, costs and interest.

## Grounds for Removal

4.    The Court has diversity jurisdiction over this litigation under 28 U.S.C. §1332 because the Plaintiffs, LUZ MARQUEZ AND GILBERTO SANTIAGO, and the Defendant, CLEAR BLUE, are completely diverse citizens from different states and the amount in controversy exceeds $75,000.

## Diversity Jurisdiction

5.      At the time when the suit was instituted and at all times material to this action, PLAINTIFFS were and are citizens and residents of Orange County.[1]

6.      At the time when this action was commenced and at the present time and at all times material to this action, CLEAR BLUE was and is a privately held corporation organized and existing under the laws of the State of Texas and having its principal place of business in Puerto Rico. Clear Blue is incorporated in Illinois and its principal place of business is in Guaynabo, Puerto Rico. Thus, under 28 U.S.C. § 1332(c)(1), for diversity jurisdiction purposes, Clear Blue is a citizen of Texas and Commonwealth of Puerto Rico. Complete diversity exists between the parties in accordance with 28 U.S.C. § 1332.[2]

## Amount in Controversy

7.      The amount in controversy herein exceeds the sum of $75,000.00, exclusive of interest and costs. This fact is demonstrated by the extent of damage claimed by PLAINTIFFS, and their estimate for losses sustained as a result of the damages as well as attorneys' fees.

---

[1] See composite Exhibit "A". These are public records and accessible from Orange County's Property Appraiser's website (http://www.ocpafl.org).
[2] See Ex. "B". These are public records and accessible from the Florida Office of Insurance Regulation's website (www.floir.com).

Specifically, PLAINTIFFS have indicated that their estimate of damages totals $132,791.95.[3]   Clear Blue Insurance Company has not issued a payment to Plaintiffs pertaining to this claim. Therefore, the amount in controversy herein is in excess of the $75,000.00 jurisdictional threshold, notwithstanding additional amounts sought by PLAINTIFFS for attorneys' fees, costs, and interest.

**<u>Venue</u>**

8.    The state court action is pending in Orange County, Florida, which is within the United States District Court for the Middle District of Florida's Orlando Division. Thus, venue is proper with the Court under 28 U.S.C. § 1441(a) because it is "the district and division embracing the place where [the] action is pending." Id.; see also 28 U.S.C. § 89(b).

9.    Copies of all process, pleadings and orders served upon CLEAR BLUE, and such other papers or exhibits as are required by Local Rules of Court, are filed herein, with the exception of discovery served with the Complaint.[4]

---

[3] See Exhibit "C", Estimate attached to Plaintiffs' Property Insurance Notice of Intent to Initiate Litigation filed on May 15, 2023, with the Florida Department of Financial Services

[4] See Composite Exhibit "D", process, pleadings and orders.

## Conclusion

For these reasons, CLEAR BLUE removes the original action filed in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida to this Court, under 28 U.S.C. §§ 1441 and 1446.

WHEREFORE, Defendant, CLEAR BLUE INSURANCE COMPANY, prays that this Honorable Court exercise jurisdiction over this matter.

Dated: October 20, 2023.

Respectfully submitted,

/s/ *Gina S. Glasgow*
Gina S. Glasgow, Esquire
Florida Bar No. 0054921
GLASGOW LAW FIRM
941 W. Morse Blvd, Suite 100
Winter Park, Florida 32789
Phone: (407) 347-6464
gglasgow@glasgowlawfirm.com
kluick@glasgowlawfirm.com
dshead@glasgowlawfirm.com
Scheduling only:
scheduling@glasgowlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed using the online CM/ECF Filing on the 20th day of October, 2023 to Steven Johnson, Esquire, MORGAN LAW

5

GROUP, P.A. 55 Merrick Way, Suite 404 Coral Gables, Florida 33134 at:

mlg.eservice@morganlawgroup.net                              and

mfunderburk@morganlawgroup.net.

/s/ *Gina S. Glasgow*
Gina S. Glasgow, Esquire
Florida Bar No. 0054921
GLASGOW LAW FIRM
941 W. Morse Blvd, Suite 100
Winter Park, Florida 32789
Phone: (407) 347-6464
gglasgow@glasgowlawfirm.com
kluick@glasgowlawfirm.com
dshead@glasgowlawfirm.com
Scheduling only:
scheduling@glasgowlawfirm.com