**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LUZ MARQUEZ, and GILBERTO SANTIAGO,**

        **Plaintiffs,**

**v.**   Case No. 6:23-cv-2025-ACC-DCI

**CLEAR BLUE SPECIALTY INSURANCE COMPANY,**

        **Defendant.**

**ORDER OF DISMISSAL**

The Court has been advised by **Magistrate Judge Hoffman** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b) M.D. Fla., it is **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

      **DONE** and **ORDERED** at Orlando, Florida on March 10, 2025.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

**COPIES FURNISHED TO:**

Counsel of Record